Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **CECILIA RAMOS,**<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, N.A., and EQUIFAX INFORMATION SERVICES, LLC.,**<br><br>Defendant. | **Case No.:** 2:14-cv-01953-RFB-PAL<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES, LLC.** |

NOTICE OF SETTLEMENT

**NOTICE IS HERBY GIVEN** that the dispute between CECILIA RAMOS ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES LLC. ("Defendant") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal as to the named Plaintiff's claims against Defendant, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to Defendant be vacated and that the Court set a deadline on or after October 14, 2015 for filing a Dismissal of Defendant.

Dated: August 14, 2015

                                                                                                       RESPECTFULLY SUBMITTED,

                                                                           By:  /s/ Danny J. Horen_____
                                                                                 DANNY J. HOREN, ESQ.
                                                                                 ATTORNEY FOR PLAINTIFF

**IT IS ORDERED** that the parties shall have until **October 14, 2015,** to file the stipulation to dismiss, or a joint status report indicating when the stipulation will be filed.

Dated this 18th day of August, 2015.

                                                                    Peggy A. Leen
                                                                    United States Magistrate Judge