Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **CECILIA RAMOS,**<br><br>　　　　Plaintiff**,**<br><br>　　　　v.<br><br>**BANK OF AMERICA, N.A., and EQUIFAX INFORMATION SERVICES, LLC.**<br><br>　　　　Defendants. | **Case No.:** 2:14-cv-01953-RFB-PAL<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC.** |

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff CECILIA RAMOS ("Plaintiff"), and BANK OF AMERICA, N.A. ("BofA") and EQUIFAX INFORMATION SERVICES, LLC. ("Equifax") (jointly as "Defendants"), stipulate to dismiss **Equifax** from the above-captioned matter, **with prejudice** as to the Plaintiff's claims against Equifax. Each party will bear its own costs, disbursements, and attorney fees.

Dated: August 14, 2015

| KAZEROUNI LAW GROUP | AKERMAN LLP |
|---|---|
| /s/ Danny J. Horen<br>Danny Horen, Esq.<br>7854 W. Sahara Avenue<br>Las Vegas, NV 89117<br>800-400-6808<br>Email: danny@kazlg.com<br>Attorney for Plaintiff | /s/ Matthew Knepper<br>Matthew Knepper, Esq.<br>1160 Town Center Dr., Ste. 330<br>Las Vegas, NV 89144<br>702-634-5000<br>Email: matt.knepper@akerman.com<br>Attorney for Bank of America |

SNELL & WILMER

/s/ Paul Swenson Prior
Paul Swenson Prior, Esq.
3883 Howard Hughes Parkway
Ste. 1100
Las Vegas, NV 89169
702-784-5200
Email: sprior@swlaw.com
Attorney for Equifax

**ORDER:**
IT IS SO ORDERED.

**RICHARD F. BOULWARE, II**
**United States District Judge**

**DATED: August 28, 2015.**