Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,*
*Cecilia Ramos*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CECILIA RAMOS,<br><br>           Plaintiff,<br>v.<br><br>BANK OF AMERICA, N.A. and EQUIFAX INFORMATION SERVICES, LLC,<br><br>           Defendants. | Case No.: 2:14-cv-01953-RFB-PAL<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Cecilia Ramos ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant") stipulate to dismiss with prejudice this matter in its entirety.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 21st day of January 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**AKERMAN LLP**

By: /s/    Matthew I Knepper
Matthew I Knepper, Esq.
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Defendant Bank of America, N.A.*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: January 25, 2016.

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on January 21, 2016, the foregoing STIPULATION OF DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A. was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117